### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Patricia Murray, | : :<br>: Civil Action No.:2:17-cv-10124-SJM-APP |
| Plaintiff, | : |
| v. | : |
| Ally Financial, Inc., | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Patricia Murray, ("Plaintiff") and Defendant Ally Financial, Inc., ("Defendant") in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice, pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 31, 2018

Respectfully submitted,

By /s/ Jenny DeFrancisco_____

Jenny DeFrancisco, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 31, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Jenny DeFrancisco
                                                     Jenny DeFrancisco, Esq.