# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Patricia Murray, | : |
| Plaintiff, | : Civil Action No.: 2:17-cv-10124-SJM-APP |
| v. | : |
| Ally Financial, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Patricia Murray | Ally Financial, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Ethan G. Ostroff |
| Sergei Lemberg, Esq. | Ethan G. Ostroff |
| Lemberg Law, LLC | Troutman Sanders LLP |
| 43 Danbury Road | 222 Central Park Avenue, Suite 2200 |
| Wilton, CT 06897 | Virginia Beach, Virginia 23462 |
| Telephone: (203) 653-2250 | Telephone: (757) 687-7541 |
| Email: slemberg@lemberglaw.com | Ethan.ostroff@troutmansanders.com |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Ethan G. Ostroff
Troutman Sanders LLP
222 Central Park Avenue, Suite 2200
Virginia Beach, Virginia 23462

                By_*/s/ Sergei Lemberg*_____

                Sergei Lemberg, Esq.