UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MURRAY,

    Plaintiff,                                      Case No. 2:17-cv-10124

v.                                            HONORABLE STEPHEN J. MURPHY, III

ALLY FINANCIAL, INC.,

    Defendant.

_____/

### ORDER CLOSING CASE

On January 16, 2017, Plaintiff filed a complaint alleging violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* ECF 1. On August 31, 2018, Plaintiff filed a notice of settlement. ECF 22. On September 18, 2018, the parties jointly filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agreeing to dismiss the case with prejudice and without costs to any party. ECF 23. The stipulation closes the case.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court shall **CLOSE** the case.

**SO ORDERED**.

                                                  s/Stephen J. Murphy, III
                                                  STEPHEN J. MURPHY, III
                                                  United States District Judge

Dated: September 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 19, 2018, by electronic and/or ordinary mail.

                                                  s/David P. Parker
                                                  Case Manager